# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jonathan Loggins, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Relianse ND LLC dba Motel 6, | ) Case No. 1:24-cv-187 |
| Defendant. | ) |

Plaintiff Jonathan Loggins ("Loggins") initiated the above-captioned action *pro se* and *in forma pauperis* by Complaint September 2024. (Doc. Nos. 1, 3, and 4). The undersigned screened his Complaint pursuant to 28 U.S.C. § 1915(e)(2). Finding that he failed to assert a cognizable claim under federal law and had not established a basis for this court's exercise of jurisdiction over his state law claims, the court issued an order on September 20, 2024, giving him until October 18, 2024, to either amend his Complaint to address the pleading deficiencies identified by the court or to otherwise show cause why this action should not be dismissed in its entirety. (Doc. No. 5).

On September 27, 2024, Loggins filed a notice of his consent to magistrate judge jurisdiction. (Doc. No. 6). However, he has not amended his Complaint or otherwise responded to the court's September 20, 2024, order. Consequently, the above-captioned action is **DISMISSED** for the reasons set forth in the undersigned September 20, 2024, order.

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court